Luke N. Dowling, SBN 16524
McCRACKEN, STEMERMAN & HOLSBERRY LLP
5241 Spring Mountain Road, Bldg. B
Las Vegas, NV 89146
Tel: (702)386-5107
Fax: (702)386-9848
Email: ldowling@msh.law

*Attorney for Defendant Culinary Workers Union, Local 226*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDER OCASIO,<br><br>Plaintiff,<br><br>v.<br><br>EASTSIDE CONVENTION CENTER LLC d/b/a CAESARS FORUM, et al.,<br><br>Defendants. | CASE NO. 2:26-cv-01718-JAD-DJA<br><br>**~~STIPULATION AND~~ ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Alexander Ocasio and Defendant Culinary Workers Union, Local 226[1] that Defendant shall have until September 25, 2026 to respond to the First Amended Complaint ("FAC"). The FAC was served on Defendant on August 31, 2026. Defendant's response is currently due on September 21, 2026. Defendant's undersigned counsel has a brief due and is scheduled to be in an all-day hearing in another matter on September 18, 2026, requiring additional time to respond to the FAC. The parties accordingly request that the Court extend Defendant's time to respond to the FAC by four (4) days to September 25, 2026.

[1] Defendant Culinary Workers Union, Local 226 is currently listed twice on the docket for this matter as Culinary Workers Union 226, Unite Here Local 226 and Unite Here Local 226. Culinary Workers Union, Local 226 is an affiliate of UNITE HERE, so those two names refer to the same organization.

This is the first extension of time to respond to the Complaint, and it is made in good faith and not for the purpose of delay. This stipulation is not a waiver of and is submitted without prejudice to Defendant's position on the merits of the FAC. It should not be construed as a waiver of any claims, arguments, or objections made by either party.

Dated this 17th day of September 2026

Respectfully Submitted,

*/s/ Alexander Ocasio*

Alexander Ocasio
9070 Spring Mountain Road, Unit 106
Las Vegas, NV 89117
Tel: (702) 300-8785
Email: alexanderocasio1@gmail.com

*Plaintiff Pro Se*

**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**

Luke Dowling, SBN 16524
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
5241 Spring Mountain Road, Bldg. B
Las Vegas, NV 89146
Tel: (702)386-5107
Fax: (702)386-9848
Email: ldowling@msh.law

*Attorney for Defendant Culinary Workers Union, Local 226*

IT IS SO ORDERED:

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 22, 2026

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 17, 2026, the documents listed below were electronically filed and served through the ECF system for the United States District Court for the District of Nevada or by regular U.S. mail upon the counsel or Pro Se not registered with the electronic system:

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

**(FIRST REQUEST)**

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: September 17, 2026

/s/ *Luke Dowling*
Luke Dowling