AARON D. FORD
Attorney General
CHRISTENA GEORGAS-BURNS (Bar No. 14314)
Deputy Attorney General
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
T: (702) 486-9234
E: cgeogasburns@ag.nv.gov

*Attorneys for Defendants Clerk of the Eighth Judicial District Court Timothy F. Andrews and Eighth Judicial District Chief Judge Tierra Jones, Judge Michael Cherry, and Judge Mark R. Denton*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALEXANDER OCASIO, an individual,

Plaintiff,

vs.

EASTSIDE CONVENTION CENTER LLC d/b/a CAESARS FORUM; CAESARS ENTERTAINMENT, INC., a Delaware Corporation; CULINARY WORKERS UNION 226, UNITE HERE LOCAL 226, a labor organization; ORACLE AMERICA, INC., a Delaware Corporation; HMBY EVENTS LLC, an Oregon Limited Liability Company; HANNAH YEOMANS, an individual; CHASE HAVERTY, ESQ. OF THE EMPLOYMENT SECURITY DIVISION OF THE STATE OF NEVADA, an individual; PABLO FLORES OF THE EMPLOYMENT SECURITY DIVISION, an individual; TIMOTHY F. ANDREWS AS THE CLERK OF THE EIGHTH JUDICIAL DISTRICT COURT, IN AND FOR CLARK COUNTY, NEVADA, an individual; CHIEF JUDGE TIERRA JONES AS THE CHIEF JUDGE OF THE EIGHTH JUDICIAL DISTRICT COURT, IN AND FOR CLARK COUNTY, NEVADA an individual; DISTRICT COURT JUDGE MICHAEL CHERRY OF THE EIGHTH JUDICIAL DISTRICT COURT IN AND FOR CLARK COUNTY, NEVADA, an individual; DISTRICT COURT JUDGE MARK R. DENTON OF THE EIGHTH JUDICIAL DISTRICT COURT, IN AND FOR CLARK

Case No.: 2:26-cv-01718-JAD-DJA

**~~JOINT STIPULATION AND~~ ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

**[FIRST REQUEST]**

COUNTY, NEVADA, an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a public entity; and DOES 1 through 100, inclusive.

Defendants.

Plaintiff Alexander Ocasio ("Ocasio" or "Plaintiff") and counsel for Defendants, Clerk of the Eighth Judicial District Court Timothy F. Andrews, and Eighth Judicial District Court Judges Chief Judge Tierra Jones, Judge Michael Cherry, and Judge Mark R. Denton ("Defendants") (jointly "Parties"), hereby jointly stipulate and agree to extend the time for Defendants to file a response to Plaintiff's First Amended Complaint filed on August 26, 2026 (ECF No. 5) by nine (9) days, from September 21, 2026 to October 1, 2026.

Counsel for defendants was recently assigned to this case. Although counsel has been diligent in reviewing the case record and timely trying to complete a response to the First Amended Complaint served on Defendants on August 31, 2026, due to counsel's existing caseload and the recent assignment to the case, counsel has been unable to complete a response.

This is the first request to extend the time to respond to Plaintiff's First Amended Complaint. This request is not made for any improper purpose or to unnecessarily delay this matter.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Based on the foregoing and for good cause appearing, the parties, through their counsel, hereby stipulate and agree to extend the time to respond to the First Amended Complaint by nine (9) days to October 1, 2026.

**IT IS SO STIPULATED.**

DATED this 18th day of September 2026.

AARON D. FORD
Attorney General

By: /s/ Christena Georgas-Burns
Christena Georgas-Burns (Bar #14314)
Deputy Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
cgeorgasburns@ag.nv.gov

*Attorneys for Defendants Clerk of the Eighth Judicial District Court Timothy F. Andrews and Eighth Judicial District Chief Judge Tierra Jones, Judge Michael Cherry, and Judge Mark R. Denton*

DATED this 18th day of September 2026.

ALEXANDER OCASIO

By: /s/ Alexander Ocasio
Alexander Ocasio
9070 Spring Mountain Road, Unit 106
Las Vegas, NV 89117
Alexanderocasio1@gmail.com

*Pro Se Plaintiff*

**ORDER**

IT IS HEREBY ORDERED that the time for Defendant's to respond to Plaintiff's First Amended Complaint is extended by nine (9) days to October 1, 2026.

**IT IS SO ORDERED**:

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 22, 2026

Respectfully Submitted:

AARON D. FORD
Attorney General

By: /s/ Christena Georgas-Burns
CHRISTENA GEORGAS-BURNS
Deputy Attorney General
*Attorneys for Defendants Clerk of the Eighth Judicial District Court and Eighth Judicial District Chief Judge Tierra Jones, Judge Michael Cherry, and Judge Mark R. Denton*