Tyson C. Horrocks (NV Bar No. 14720)
Steven J. T. Washington (NV Bar No. 14298)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
tchorrocks@hollandhart.com
SJWashington@hollandhart.com

*Attorneys for Defendant*
*Oracle America, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALEXANDER OCASIO, an individual;

Plaintiff,

v.

EASTSIDE CONVENTION CENTER LLC d/b/a CAESARS FORUM, a Delaware Limited Liability Company; CAESARS ENTERTAINMENT, INC., a Delaware Corporation; CULINARY WORKERS UNION 226, UNITE HERE LOCAL 226, a labor organization; ORACLE AMERICA, INC., a Delaware Corporation; HMBY EVENTS LLC, an Oregon Limited Liability Company; HANNAH YEOMANS, an individual; CHASE HAVERTY, ESQ OF THE EMPLOYMENT SECURITY DIVISION OF THE STATE OF NEVADA., an individual; PABLO FLORES OF THE EMPLOYMENT SECURITY DIVISION OF THE STATE OF NEVADA an individual; TIMOTHY F. ANDREWS AS THE CLERK OF THE EIGHTH JUDICIAL DISTRICT COURT, IN AND FOR CLARK COUNTY, NEVADA an individual; CHIEF JUDGE TIERRA JONES AS THE CHIEF JUDGE OF THE EIGHTH JUDICIAL DISTRICT COURT, IN AND FOR CLARK COUNTY, NEV ADA an individual; DISTRICT COURT JUDGE MICHAEL CHERRY OF THE EIGHTH JUDICIAL DISTRICT COURT IN AND FOR CLARK COUNTY, NEVADA, an individual; DISTRICT COURT JUDGE MARK R. DENTON OF THE EIGHTH JUDICIAL DISTRICT COURT IN AND FOR CLARK COUNTY, NEV ADA an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a public entity; and DOES 1 through I 00, inclusive,

Defendants.

Case No. 2:26-cv-01718-JAD-DJA

**~~STIPULATION AND~~ ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF**

**(FIRST REQUEST)**

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

Pursuant to LR IA 6-1, Defendant Oracle America, Inc., a Delaware Corporation ("Oracle" or "Defendant"), by and through its counsel of record, Holland & Hart LLP, and Plaintiff Alexander Ocasio, an individual ("Plaintiff"), pro se (collectively, the "Parties"), hereby stipulate and agree as follows:

1. Plaintiff filed his First Amended Complaint in the United States District Court, District of Nevada, Case No. 2:26-cv-01718-JAD-DJA on August 26, 2026. *See* ECF No. 5.

2. Defendant Oracle America, Inc. was served with the Summons and First Amended Complaint on August 28, 2026.

3. Defendant's current deadline to file a response to the First Amended Complaint is Friday, September 18, 2026.

4. Defendant recently retained Holland & Hart LLP to represent it in this matter. Counsel needs additional time to meaningfully review the matter before counsel can respond to the First Amended Complaint. As such, Oracle America, Inc. seeks a 21-day extension of its response deadline.

5. Plaintiff and Defendant Oracle America, Inc. agree to a 21-day extension from Friday, September 18, 2026, until Thursday, October 9, 2026, for Defendant Oracle America, Inc. to respond to Plaintiff's First Amended Complaint.

6. The stipulated extension is warranted to provide adequate time for Defendant's newly retained counsel to analyze the First Amended Complaint and prepare Defendant's response thereto.

/ / /

/ / /

/ / /

/ / /

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

7. This is the Parties' first request for an extension to respond to the First Amended Complaint. This stipulated extension is made in good faith and not for purposes of delay.

DATED this 18th day of September 2026

**HOLLAND & HART LLP**

*/s/ Steven J.T. Washington*
Tyson C. Horrocks
Nevada Bar No. 14720
Steven J. T. Washington
Nevada Bar No. 14298
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendant*
*Oracle America, Inc.*

DATED this 18th day of September 2026

*/s/ Alexander Ocasio*
Alexander Ocasio
9070 Spring Mountain Road, Unit 106
Las Vegas, Nevada 89117
Alexanderocasio1@gmail.com

*Plaintiff, Pro Se*

**IT IS SO ORDERED:**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 22, 2026

39543308.v1