AARON D. FORD
Attorney General
NATHAN C. HOLLAND (Bar No. 15247)
Deputy Attorney General
State of Nevada
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1224
E-mail: nholland@ag.nv.gov

*Attorneys for Defendants Chase Haverty and Pablo Flores*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDER OCASIO, an individual<br><br>Plaintiff,<br><br>vs.<br><br>EASTSIDE CONVENTION CENTER LLC d/b/a CAESARS FORUM; CAESARS ENTERTAINMENT, INC., a Delaware Corporation; CULINARY WORKERS UNION 226, UNITE HERE LOCAL 226, a labor organization; ORACLE AMERICA, INC., a Delaware Corporation; HMBY EVENTS LLC, an Oregon Limited Liability Company; HANNAH YEOMANS, an individual; CHASE HAVERTY, ESQ. OF THE EMPLOYMENT SECURITY DIVISION OF THE STATE OF NEVADA, an individual; PABLO FLORES OF THE EMPLOYMENT SECURITY DIVISION, an individual; TIMOTHY F. ANDREWS AS THE CLERK OF THE EIGHTH JUDICIAL DISTRICT COURT, IN AND FOR CLARK COUNTY, NEVADA, an individual; CHIEF JUDGE TIERRA JONES AS THE CHIEF JUDGE OF THE EIGHTH JUDICIAL DISTRICT COURT, IN AND FOR CLARK COUNTY, NEVADA an individual; DISTRICT COURT JUDGE MICHAEL CHERRY OF THE EIGHTH JUDICIAL DISTRICT COURT IN AND FOR CLARK COUNTY, NEVADA, an individual; DISTRICT COURT JUDGE MARK R. DENTON OF THE EIGHTH JUDICIAL DISTRICT COURT, IN AND FOR CLARK | Case No. 2:26-cv-01718-JAD-DJA<br><br>**~~AMENDED STIPULATION AND~~ ORDER TO EXTEND TIME FOR DEFENDANTS CHASE HAVERTY AND PABLO FLORES TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT (ECF NO. 5) TO OCTOBER 6, 2026**<br><br>**~~(FIRST REQUEST~~)**<br>SECOND REQUEST |

COUNTY, NEVADA, an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a public entity; and DOES 1 through 100, inclusive.

Defendants.

Plaintiff Alexander Ocasio, appearing pro se, and Defendants Chase Haverty and Pablo Flores, in their official capacities, through their counsel, stipulate as follows:

1. Plaintiff filed the First Amended Complaint on August 26, 2026. ECF No. 5. Plaintiff's proofs of service reflect delivery of the summons and First Amended Complaint for Defendants to an officer of the Employment Security Division on August 28, 2026, and to the Office of the Attorney General on August 31, 2026. ECF Nos. 8, 9.

2. If service was complete on August 31, 2026, Defendants' response to the First Amended Complaint was due September 21, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i).

3. The matter was assigned to undersigned counsel for Defendants on September 23, 2026, after that date had passed. Counsel has since prepared Defendants' response. Local Rule IA 6-1(a) requires that a request be made after a deadline has expired show excusable neglect. The parties agree that the interval between service on the Office of the Attorney General and assignment to counsel, and counsel's prompt action after assignment, meet that standard.

4. This is the ~~first~~ second request to extend this deadline. It is not made for delay or any other improper purpose, and no party will be prejudiced. No default has been sought.

. . .

5. Defendants' time to respond to the First Amended Complaint is extended through and including October 6, 2026. Nothing in this stipulation waives any claim or defense of any party.

**IT IS SO STIPULATED.**

DATED: October 1, 2026

AARON D. FORD
Attorney General

By: /s/ *Nathan C. Holland*
NATHAN C. HOLLAND (Bar No. [15247])
Deputy Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
nholland@ag.nv.gov

*Attorneys for Defendants Chase Haverty and Pablo Flores*

DATED: October 1, 2026

ALEXANDER OCASIO

/s/ *Alexander Ocasio*
ALEXANDER OCASIO
9070 Spring Mountain Road, Unit 106
Las Vegas, Nevada 89117
Alexanderocasio1@gmail.com

*Plaintiff, Pro Se*

**ORDER**

Based on the parties' stipulation, and good cause and excusable neglect appearing, IT IS ORDERED that Defendants Chase Haverty and Pablo Flores's time to respond to the First Amended Complaint (ECF No. 5) is extended through and including October 6, 2026.

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: October 2, 2026

Respectfully Submitted:

AARON D. FORD
Attorney General

By: /s/ *Nathan C. Holland*
NATHAN C. HOLLAND (Bar No. [15247])
Deputy Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717
nholland@ag.nv.gov

*Attorneys for Defendants Chase Haverty and Pablo Flores*

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on October 1, 2026 I filed the foregoing **Stipulation and Order to Extend Time for Defendants Chase Haverty and Pablo Flores to Respond to Plaintiff's First Amended Complaint (First Request)** through this Court's electronic filing system, which serves all parties registered with that system. I further certify that on the same date I served a copy on Plaintiff, who is proceeding pro se, by e-mail and by first-class United States mail addressed as follows:

Alexander Ocasio
9070 Spring Mountain Road, Unit 106
Las Vegas, Nevada 89117
Alexanderocasio1@gmail.com
*Plaintiff, Pro Se*

/s/ Marion Sanni
An employee of the Office of the Attorney General