Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669
*Attorneys for Defendant Las Vegas Metropolitan Police Department*

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALEXANDER OCASIO, an individual

Plaintiff,

vs.

EASTSIDE CONVENTION CENTER LLC d/b/a CAESARS FORUM, a Delaware Limited Liability Company; et al.

Defendants.

Case No.: 2:26-cv-01718-JAD-DJA

**NOTICE OF NON-OPPOSITION TO DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, OR ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT [ECF No. 26]**

Defendant Las Vegas Metropolitan Police Department's ("LVMPD"), by and through its undersigned counsel of record, hereby files the instant Notice of Non-Opposition to its Motion to Dismiss Plaintiff's First Amended Complaint [ECF No. 5], or alternatively, Motion for a More Definite Statement [ECF No. 26] (the "MTD").

LVMPD filed its MTD on September 21, 2026. (ECF No. 26.) The MTD argues that Plaintiff's claims against LVMPD must fail because he did not sufficiently allege a policy or custom led to the alleged deprivation of his rights – as required under 42 U.S.C. § 1983 – and he did not sufficiently allege a conspiracy. (*See id.*) The MTD further argues that by failing to specify what injunctive relief and declaratory relief he is seeking from LVMPD specifically, his claims failed to state a claim against LVMPD, and thus Plaintiff's First Amended Complaint failed to state a cause of action against LVMPD as a Defendant. (*See id.*)

Plaintiff's Response to the MTD was due on October 7, 2026. (*See* ECF No. 30.) To date, Plaintiff has failed to respond to LVMPD's MTD.[1] Accordingly, LVMPD respectfully requests that the Court grant its MTD and dismiss the portions of Plaintiff's First Amended Complaint asserting claims against LVMPD.

DATED this 14th day of October, 2026.

SEMENZA RICKARD LAW

*/s/ Katie L. Cannata*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Katie L. Cannata, Esq., Bar No. 14848
10161 Park Run Dr., Ste. 150
Las Vegas, Nevada 89145
*Attorneys for Defendant Las Vegas Metropolitan Police Department*

[1] On October 1, 2026, Plaintiff filed a Motion for Leave to File Second Amended Complaint and a Second Amended Complaint (ECF Nos. 45 and 46.) In this Motion, Plaintiff claims the proposed Second Amended Complaint "counteract[s] the grounds raised in the pending Motion[] to Dismiss" as well as adding newly developed factual allegations. (ECF No. 45 at 3:16-18.) However, at no point in this Motion does Plaintiff state that the Motion for Leave to File Second Amended Complaint is in response to LVMPD's MTD.

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803

# CERTIFICATE OF SERVICE

I am employed by the law firm of Semenza Rickard Law in Clark County. I am over the age of 18 and not a party to this action. The business address is 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

On the 14th day of October 2026, I served the document(s), described as:

**NOTICE OF NON-OPPOSITION TO DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT, OR ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT [ECF No. 26]**

☒ by placing the ☐ original ☒ a true copy thereof as follows:

☒ a. via **CM/ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

Alexander Ocasio, alexanderocasio1@gmail.com
*Plaintiff Pro Se*

**LITTLER MENDELSON**
McCade Jay Wing, mwing@littler.com
*Attorneys for Defendants Eastside Convention Center LLC d/b/a Caesars Forum and Caesars Entertainment, Inc.*

**MCCRACKEN, STEMERMAN & HOLSBERRY, LLP**
Luke Dowling, ldowling@msh.law
*Attorneys for Defendant Culinary Workers Union 226, Unite Here Local 226*

**HOLLAND & HART LLP**
Steven JT Washington, SJWashington@hollandhart.com
*Attorneys for Defendant Oracle America, Inc.*

**HARTWELL THALACKER LTD.**
Doreen M Spears-Hartwell, doreen@hartwellthalacker.com
*Attorneys for Defendants Hannah Yeomans and HMBY Events LLC*

**NEVADA ATTORNEY GENERAL'S OFFICE**
**GOVERNMENT AND NATURAL RESOURCES DIVISION**
Christena Georgas-Burns, cgeorgasburns@ag.nv.gov
*Attorneys for Defendants Timothy Andrews, Judge Tierra Jones, Judge Michael Cherry and Judge Mark Denton*

**OFFICE OF THE ATTORNEY GENERAL**
Nathan C. Holland, nholland@ag.nv.gov, msanni@ag.nv.gov, smessina@ag.nv.gov
*Attorneys for Defendants Chase Haverty and Pablo Flores*

☐ b. **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Rickard Law's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day, which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ c. **BY PERSONAL SERVICE.**

☐ d. **BY DIRECT EMAIL.**

☐ e. **BY FACSIMILE TRANSMISSION.**

I declare under penalty of perjury that the foregoing is true and correct.

*<u>/s/ Olivia A. Kelly</u>*
An Employee of Semenza Rickard Law

SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803