Tyson C. Horrocks (NV Bar No. 14720)
Steven J. T. Washington (NV Bar No. 14298)
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
tchorrocks@hollandhart.com
SJWashington@hollandhart.com

*Attorneys for Defendant*
*Oracle America, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALEXANDER OCASIO, an individual;

Plaintiff,

v.

EASTSIDE CONVENTION CENTER LLC d/b/a CAESARS FORUM, a Delaware Limited Liability Company; CAESARS ENTERTAINMENT, INC., a Delaware Corporation; CULINARY WORKERS UNION 226, UNITE HERE LOCAL 226, a labor organization; ORACLE AMERICA, INC., a Delaware Corporation; HMBY EVENTS LLC, an Oregon Limited Liability Company; HANNAH YEOMANS, an individual; CHASE HAVERTY, ESQ OF THE EMPLOYMENT SECURITY DIVISION OF THE STATE OF NEVADA., an individual; PABLO FLORES OF THE EMPLOYMENT SECURITY DIVISION OF THE STATE OF NEVADA an individual; TIMOTHY F. ANDREWS AS THE CLERK OF THE EIGHTH JUDICIAL DISTRICT COURT, IN AND FOR CLARK COUNTY, NEVADA an individual; CHIEF JUDGE TIERRA JONES AS THE CHIEF JUDGE OF THE EIGHTH JUDICIAL DISTRICT COURT, IN AND FOR CLARK COUNTY, NEV ADA an individual; DISTRICT COURT JUDGE MICHAEL CHERRY OF THE EIGHTH JUDICIAL DISTRICT COURT IN AND FOR CLARK COUNTY, NEVADA, an individual; DISTRICT COURT JUDGE MARK R. DENTON OF THE EIGHTH JUDICIAL DISTRICT COURT IN AND FOR CLARK COUNTY, NEV ADA an individual; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a public entity; and DOES 1 through I 00, inclusive,

Defendants.

Case No. 2:26-cv-01718-JAD-DJA

**DEFENDANT ORACLE AMERICA, INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

Without waiving any arguments or objections concerning whether the Second Amended Complaint states a claim against Defendant Oracle America Inc. a Delaware Corporation, ("Oracle" or "Defendant"), Oracle notifies the Court that it does not oppose Plaintiff's Motion for Leave to File a Second Amended Complaint. Oracle notes that the Rules of Civil Procedure allow a party to "amend its pleading once as a matter of course[.]" Fed. R. Civ. P. 15(a)(1) (emphasis added). Plaintiff amended his pleading once as a matter of course with his First Amended Complaint on August 26, 2026. ECF No. 5. Plaintiff's Second Amended Complaint required "the opposing party's written consent or the court's leave." Fed. R. Civ. P. 15(a)(2). Acknowledging the liberal policy in favor of amendment, Oracle does not oppose Plaintiff's motion to amend.

Oracle will respond to the Second Amended Complaint within 14 days after the Court grants Plaintiff leave to file it and it is properly served on Oracle. See Fed. R. Civ. P. 15(a)(3).

DATED this 16th day of October 2026.

**HOLLAND & HART LLP**

*/s/ Tyson C. Horrocks*

Tyson C. Horrocks
Nevada Bar No. 14720
Steven J. T. Washington
Nevada Bar No. 14298
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Defendant*
*Oracle America, Inc.*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of October, 2026, a true and correct copy of the foregoing **DEFENDANT ORACLE AMERICA, INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** was served by the following method(s):

☒ Electronic: by submitting electronically for filing and/or service with the United States District Court, District of Nevada's e-filing system and served on counsel electronically in accordance with the E-service list to the following email addresses:

**ALEXANDER OCASIO**
9070 Spring Mountain Road, Unit 106
Las Vegas, Nevada 89117
Alexanderocasio1@gmail.com

*Plaintiff, Pro Se*

Patrick H. Hicks, Esq.
McCade Wing, Esq.
**LITTLER MENDELSON, P.C.**
8474 Rozita Lee Ave., Suite 200
Las Vegas, Nevada 89113.4770
phicks@littler.com
mwing@littler.com

*Attorneys for Defendants Eastside Convention Center LLC d/b/a Caesars Forum and Caesars Entertainment, Inc.*

Aaron D. Ford
Attorney General
Christena Georgas-Burns
Deputy Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
State of Nevada Way, Suite 100
Las Vegas, NV 89119
cgeogasburns@ag.nv.gov

*Attorneys for Defendants Clerk of the Eighth Judicial District Court Timothy F. Andrews and Eighth Judicial District Chief Judge Tierra Jones, Judge Michael Cherry, and Judge Mark R. Denton*

Luke N. Dowling
**MCCRACKEN, STEMERMAN & HOLSBERRY LLP**
5241 Spring Mountain Road, Bldg. B
Las Vegas, NV 89146
ldowling@msh.law

*Attorney for Defendant Culinary Workers Union, Local 226*

Doreen Spears Hartwell, Esq.
**HARTWELL THALACKER, LTD**
11920 Southern Highlands Pkwy #201
Las Vegas, Nevada 89141

*Counsel for Defendants Hannah Yeomans and HMBY Events LLC*

Aaron D. Ford
Attorney General
Nathan C. Holland
Deputy Attorney General
**OFFICE OF THE ATTORNEY GENERAL**
100 N. Carson Street
Carson City, Nevada 89701-4717
nholland@ag.nv.gov

*Attorneys for Defendants Chase Haverty and Pablo Flores*

*/s/ Vita Garrett*
An Employee of Holland & Hart LLP

39933176_v1