Doreen Spears Hartwell, Esq. (NSB No. 7525)
doreen@hartwellthalacker.com
HARTWELL THALACKER, LTD
11920 Southern Highlands Pkwy #201
Las Vegas, Nevada 89141
Telephone: (702) 850-1074; Fax: (702) 508-9551

*Counsel for Defendants Hannah Yeomans*
*And HMBY Events LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ALEXANDER OCASIO,

Plaintiff,

v.

EASTSIDE CONVENTION CENTER LLC d/b/a CAESARS FORUM, A Delaware Limited Liability Company, et al.

Defendants.

Case No. 2:26-cv-001718-JAD-DJA

**DEFENDANTS HANNAH YEOMANS AND HMBY EVENT LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR RULE 54(b) CERTIFICATION [64]**

Plaintiff Alexander Ocasio's ("Plaintiff" or "Ocasio") motion to certify the order dismissing Plaintiff's defamation claim against Defendants Hannah Yeomans and HMBY Events LLC (collectively "HMBY Events") with prejudice must be denied because Plaintiff still has a claim of tortious interference with contract pending against HMBY Events and there is no immediate prejudice to Ocasio is filing a single appeal at the end of this case. Thus, Plaintiff fails to meet the requirements of FRCP 54(b).

HARTWELL THALACKER, LTD

/s/Doreen Spears Hartwell
Doreen Spears Hartwell, NSB #7525
11920 Southern Highlands Pkwy #201
Las Vegas, NV 89141
*Attorneys for HMBY Events and Hannah Yeomans*

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. SUMMARY

Ocasio acknowledges in his motion for Rule 54(b) certification that he has a claim for tortious interference with contract pending against HMBY Events. Ocasio admits in his motion that a claim for tortious interference remains pending against HMBY Events. [Dkt. No. 64 at ¶10; see also Dkt. No. 68, Second Amended Complaint at ¶¶ 175-183] Thus, Ocasio's request for Rule 54(b) certification against HMBY Events would result in unwarranted piecemeal appeals, unnecessarily multiplying these proceedings with HMBY Events defending an appeal in the Ninth Circuit while simultaneously litigating in the district court. Thus, HMBY Events request that Plaintiff's request for Rule 54(b) certification be denied.

### II. LEGAL STANDARD

In an action involving multiple claims or parties, Fed. Rule Civ. Proc. 54(b) permits entry of judgment as to fewer than all claims or parties only if the Court expressly determines that there is no just reason for delay. *See Schuman v. Microchip Tech. Inc.*, 139 F.4th 1045, 1054 (9th Cir. 2025). The Rule requires two distinct determinations. First, the challenged order must constitute the ultimate disposition of an individual claim or party. Second, the Court must determine whether any just reason exists to delay appellate review. *Wood v. GCC Bend, LLC*, 422 F.3d 873, 877 (9th Cir. 2005). The second inquiry requires consideration of both sound judicial administration and the equities. *Curtiss-Wright Corp. v. General Elec. Co.*, 446 U.S. 1, 5 (1980).

Rule 54(b) judgments are reserved for the unusual case in which a litigant's pressing need for an early, separate judgment outweighs the costs and risks of multiplying proceedings. *Frank Briscoe Co. v. Morrison-Knudsen Co.*, 776 F.2d 1414, 1416 (9th Cir. 1985).

### III. ARGUMENT

#### A. Plaintiff Does Not Meet the Requirements of FRCP 54(b) Certification.

Ocasio admits in his motion that a claim for tortious interference remains pending against

HMBY Events. [Dkt. No. 64 at ¶10] Rule 54(b) permits certification in a multiple-party action, but only after an express determination that no just reason for delay exists. *See Schuman,* 139 F.4th at 1054.

Here, just reason for delay exists because HMBY Events remains a party to the district court case with a claim that has yet to be adjudicated. To grant Ocasio's request to certify the order dismissing the defamation claim would unnecessarily multiply the proceedings resulting in a waste of judicial resources as well as HMBY Events' resources by requiring simultaneous litigation in both the Ninth Circuit and the district court. Thus, HMBY Events respectfully requests that the motion for Rule 54(b) certification be denied.

HARTWELL THALACKER, LTD

/s/Doreen Spears Hartwell
Doreen Spears Hartwell, Esq. (NSB No. 7525)
11920 Southern Highlands Pkwy, #201
Las Vegas, Nevada 89141
*Attorneys for Defendants Hannah Yeomans and HMBY Events, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of November 2026, a true and correct copy of **DEFENDANTS HANNAH YEOMAN AND HMBY EVENTS LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR RULE 54(B) CERTIFICATION** was served via the CE/EMF system all parties and via email to the following:

Alexanderocasio1@gmail.com
Alexander Occasion
9070 Spring Mountain Rd, Unit. 106
Las Vegas, NV 89117
*In Proper Person*

/s/Doreen Spears Hartwell
An Employee of Hartwell Thalacker, Ltd.