Luke N. Dowling, SBN 16524
McCRACKEN, STEMERMAN & HOLSBERRY LLP
5241 Spring Mountain Road, Bldg. B
Las Vegas, NV 89146
Tel: (702)386-5107
Fax: (702)386-9848
Email: ldowling@msh.law

*Attorney for Defendant Culinary Workers Union, Local 226*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALEXANDER OCASIO,<br><br>Plaintiff,<br><br>v.<br><br>EASTSIDE CONVENTION CENTER LLC d/b/a CAESARS FORUM, et al.,<br><br>Defendants. | CASE NO. 2:26-cv-01718-JAD-DJA<br><br>**~~JOINT STIPULATION AND~~ ORDER TO EXTEND TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Alexander Ocasio, Defendant Culinary Workers Union, Local 226,[1] Defendant Chase Haverty Esq. of the Employment Security Division of the State of Nevada, Defendant Pablo Flores, Defendant Oracle America, Inc., Defendant HMBY Events LLC, Defendant Hannah Yeomans, Defendant Caesars Entertainment, Inc. and Eastside Convention Center LLC ("Defendants") that the Defendants shall have until December 14, 2026 to respond to the Second Amended Complaint ("SAC"). The SAC was served on Defendants on November 15, 2026. Defendants' response is currently due on November 30, 2026. Defendant Culinary Workers Union, Local 226's

[1] Defendant Culinary Workers Union, Local 226 is currently listed twice on the docket for this matter as Culinary Workers Union 226, Unite Here Local 226 and Unite Here Local 226. Culinary Workers Union, Local 226 is an affiliate of UNITE HERE, so those two names refer to the same organization.

undersigned counsel is traveling for the Thanksgiving holidays and has a response to a complaint in another matter before this Court, initial disclosures in a matter before another District Court, and two administrative agency position statements due in the intervening time, requiring additional time to respond to the SAC. Plaintiff requested that the Defendants all stipulate to the same response date, and all other Defendants' counsel agreed to so stipulate. The parties accordingly request that the Court extend Defendants' time to respond to the SAC by fourteen (14) days to December 14, 2026.

This is the first extension of time to respond to the Second Amended Complaint, and it is made in good faith and not for the purpose of delay. This stipulation is not a waiver of and is submitted without prejudice to Defendants' position on the merits of the SAC. It should not be construed as a waiver of any claims, arguments, or objections made by either party.

Dated this 19th day of November, 2026

Respectfully Submitted,

/s/Alexander Ocasio

Alexander Ocasio
9070 Spring Mountain Road, Unit 106
Las Vegas, NV 89117
Tel: (702) 300-8785
Email: alexanderocasio1@gmail.com

*Plaintiff Pro Se*

**McCRACKEN, STEMERMAN & HOLSBERRY, LLP**

*/s/ Luke Dowling*

Luke Dowling, SBN 16524
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
5241 Spring Mountain Road, Bldg. B
Las Vegas, NV 89146
Tel: (702) 386-5107
Fax: (702) 386-9848
Email: ldowling@msh.law

*Attorney for Defendant Culinary Workers Union, Local 226*

**NEVADA OFFICE OF THE ATTORNEY GENERAL, GOVERNMENT AND NATURAL RESOURCES**

*/s/ Nathan C. Holland*

Nathan C. Holland, SBN 15247
Nevada Office of the Attorney General,
Government and Natural Resources
100 N. Carson Street,
Carson City, NV 89701
Tel: (775) 684-1254
Fax: (775) 684-1108
Email: nholland@ag.nv.gov

*Attorney for Defendants Chase Haverty Esq. of the Employment Security Division of the State of Nevada and Pablo Flores*

**HOLLAND & HART LLP**

*/s/ Tyson Horrocks*

Tyson Horrocks, SBN 14720
HOLLAND & HART LLP
222 S. Main Street
Salt Lake City, UT 84101
Tel: (801) 799-5800
Fax: (801) 799-5700
Email: tchorrocks@hollandhart.com

Steven J.T. Washington, SBN 14298
HOLLAND & HART LLP
9555 Hillwood Drive, Ste 2nd Floor
Las Vegas, NV 89134
Tel: (702) 669-4600
Fax: (702) 920-8436
Email: SJWashington@hollandhart.com

*Attorneys for Defendant Oracle America, Inc.*

**HARTWELL THALACKER LTD.**

*/s/ Doreen M. Spears-Hartwell*

Doreen M. Spears-Hartwell, SBN 7525
HARTWELL THALACKER LTD.
11920 Southern Highlands Parkway, Suite 201
Las Vegas, NV 89141
Tel: (702) 850-1076
Email: doreen@hartwellthalacker.com

*Attorney for Defendants HMBY Events LLC and Hannah Yeomans*

**LITTLER MENDELSON P.C.**

*/s/ McCade Jay Wing*

McCade Jay Wing, SBN 16652
LITTLER MENDELSON P.C.
8474 Rozita Lee Avenue, Ste 200
Las Vegas, NV 89113
Tel: (702) 862-7703
Email: mwing@littler.com

*Attorney for Defendants Caesars Entertainment, Inc. and Eastside Convention Center LLC*

IT IS SO ORDERED:



DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 20, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2026, the documents listed below were electronically filed and served through the ECF system for the United States District Court for the District of Nevada or by regular U.S. mail upon the counsel or Pro Se not registered with the electronic system:

**JOINT STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT**

**(FIRST REQUEST)**

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: November 19, 2026

Pablo Chong Herrera